UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 28, 2017

MEMO TO COUNSEL RE: First Mariner Bank v. United Security Financial Corp.
Civil No. JFM-17-1723

Dear Counsel:

I am satisfied that this is not a breach of contract action because defendant did not purchase the Wilkin Loan. Further, the claims asserted by plaintiff are not barred by limitations because they did not arise more than three years before this action was filed. Additionally, defendant's claims do not have to be filed as a counterclaim in the Utah action because they involve unique facts which are not at issue in the Utah action.

A conference call will be held on September 11, 2017 at 4:45 p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
2017 AUG 29 PM 12:58
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY